UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRENT YUCHASZ,

    Plaintiff,

v

CITY OF YPSILANTI, a municipal corporation, FRANCES MCMULLAN, in her individual capacity, KIRK MOORE, in his individual capacity,

    Defendants.

Case No. 5:23-cv-12644-JEL-EAS
Hon: Judith E. Levy

James K. Fett (P39461)
Fett & Fields, P.C.
407 N. Main St., 2nd Fl.
Ann Arbor, MI  48104
734-954-0100
Fax: 734-954-0762
jim@fettlaw.com
Attorneys for Plaintiff

# PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)

Plaintiff through his counsel, Fett & Fields, P.C., hereby dismisses the within action pursuant to FRCP 41(a)(1)(A)(i).

                                        Respectfully submitted,

                                        FETT & FIELDS, P.C.

                                        /s/ *James K. Fett*
                                        By: James K. Fett (P39461)
                                        407 N. Main St., 2nd Floor
                                        Ann Arbor, MI  48104
                                        734-954-0100
                                        jim@fettlaw.com

Dated:  October 19, 2023          Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2023, I electronically filed the foregoing paper using the ECF system which will send notification of such filing to the following: **not applicable**, and I hereby certify that I have served upon the attorneys of record of all parties to the above cause of action via email transmission: **not applicable**.

                                                 */s/James K. Fett*
                                                 James K. Fett